FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 16 2015

CHRISTOPHER A PRINE
CLERK

CAUSE NOS.01-13-00415-CR;01-13-00416-CR;01-13-00417-CR

| | | |
|---|---|---|
| JAVIER NOEL CAMPOS<br>Petitioner | * | IN THE COURT OF APPEALS |
| VS. | * | FIRST JUDICIAL DISTRICT |
| THE STATE OF TEXAS<br>Respondent | * | HOUSTON TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW,JAVIER NOEL CAMPOS,Petitioner in the above entitled and numbered cause and respectfully moves this Honorable Court to extend the time to file a supplemental brief on remand from the Court of Criminal Appeals and would show the court the following:

### I

Petitioner filed a petition for discretionary review on April 22,2015,under cause nos.PD-0054-15;PD-0055-15;PD-0056-15. The Court of Criminal Appeals granted the PDR on July 29,2015,and remanded this cause to the Court of Appeals, First Judicial District for reconsideration in accordance with the courts opinion.

### II

The current deadline for filing a supplemental brief in support of petitioners remaining meritous issue is October 1, 2015.

### III

Petitioner currently represents himself pro se. He has no training in the field of law and needs additional time to read case law and conduct his own research in order to properly prepare and file an effective supplemental brief.

### IV

This motion is in the interest of justice and is not meant to delay the proceedings. Petitioner respectfully requests an additional 30 days(30).

## PRAYER

WHEREFORE PREMISES CONSIDERED,Petitioner respectfully prays that this Honorable court grant Petitioners request for an additional (30) days to file his supplemental brief.

Respectfully submitted

*J. Campos*

JAVIER NOEL CAMPOS
PETITIONER PRO SE
TDCJ ID-1854678
3060 FM 3514 STILES UNIT
BEAUMONT,TEXAS 77705

## CERTIFICATE OF SERVICE

I,Javier Noel Campos,do hereby certify that a true and correct copy of the above and foregoing motion,has been forwarded by U.S Mail,to the State Prosecuting Attorney,P.O.Box 12405,Austin Texas , 78711,and the District Attorney for Harris County,1201 Franklin,ste 600 Houston Texas,77002.

signed this 14th day of September 2015.

*J. Campos*

Javier Noel Campos
# 1854678
petitioner pro se

CAUSE NOS. 01-13-00415-CR:01-13-00416-CR;01-13-00417-CR

JAVIER NOEL CAMPOS                    *        IN THE COURT OF APPEALS
Petitioner                            *
                                      *
VS                                    *        FIRST JUDICIAL DISTRICT
                                      *
THE STATE OF TEXAS                    *
Respondent                            *        HOUSTON TEXAS

## ORDER

On this _____ day of _____ 2015, came to be heard and having considered the Petitioners Motion For Extension Of Time To File A Supplemental Brief on the merit(s), the court hereby says the motion shall be:

_____GRANTED

_____DENIED

signed this_____ day of _____, 2015.

_____
JUDGE PRESIDING

SEPT 14,2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 16 2015

CHRISTOPHER A. PRINE

CLERK

CHRISTOPHER A.PRINE

CLERK
FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON TEXAS ,77002

RE: JAVIER NOEL CAMPOS V STATE OF TEXAS
   CAUSE NUMBERS,01-13-00415-CR,01-13-00416-CR,01-13-00417-CR

DEAR CLERK:

Please find enclosed,petitioners motion for extension of time to file a

supplimental brief. Please file it and bring it to the attention of the court.

I also ask that you notify me of the courts ruling on same said motion.

In addition,please date stamp this letter and return to me at the address

below. Thank You in advance for all your time and attention to this matter and

I anticipate hearing from you.

Respectfully *J.Campos*

JAVIER NOEL CAMPOS

TDCJ ID 1854678

3060 FM 3514

STILES UNIT

BEAUMONT, TEXAS 77705

JAVIER Noel Campos #1854678
3060 FM. 3514 / Stiles Unit
Beaumont, Tx. 77705

(Legal Mail)

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 1 6 2015

CHRISTOPHER A. PRINE
CLERK

CHRistopher A. PRiNe
CleRk
FiRst CouRt of Appeals
301 FANNiN Street

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 1 6 2015

CHRISTOPHER A. PRINE
CLERK